# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 17 2006

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

MARSHALL SHELTON, JR.,  )
    Plaintiff,  )
                    )
v.  )
                    )
ALBEMARLE CHARLOTTESVILLE  )
REGIONAL JAIL AUTHORITY, et al.,  )
    Defendants.  )

Civil Action No. 7:06-cv-00528

ORDER

By: Samuel G. Wilson
United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff's claims against Albemarle Charlottesville Regional Jail Authority ("ACRJA") and Albemarle Charlottesville Regional Jail Board ("ACRJB") shall be and hereby are **DISMISSED**. Accordingly, only Shelton's claims against defendant Superintendent Ronald Matthews, and Correctional Officers Jones, Burgess, and Crow will go forward.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff.

**ENTER**: This 17th day of November, 2006.

United States District Judge